**No. 42802.**—Protest 989990–G of Advance Solvents & Chemical Corp. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is practically identical in composition and particle size with the iron sand passed upon in *Mantle Lamp Co.* v. *United States* (T. D. 48927). The claim at three-fourths of 1 cent per pound under paragraph 335 was therefore sustained.

**No. 42803.**—Protest 989989–G of Advance Solvents & Chemical Corp. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is practically identical in composition and particle size with the iron sand passed upon in *Mantle Lamp Co.* v. *United States* (T. D. 48927). The claim at three-fourths of 1 cent per pound under paragraph 335 was therefore sustained.

**No. 42804.**—Protests 982272–G, etc., of Henri Bendel, Inc., et al. (New York).

Opinion by Brown, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 11, 1939

**No. 42805.**—Protests 641873–G, etc., of A. J. Bracher Co. et al. (New York).

Opinion by Dallinger, J. It was stipulated that the articles in question are chiefly used by smokers. On the authority of Abstract 34600 the claim at 60 percent under paragraph 1552 was sustained.

**No. 42806.**—Protests 652415–G, etc., of International Clearing House of N. Y. et al. (New York).

Opinion by Dallinger, J. It was stipulated that the candelabra and bottles in question are chiefly used for utilitarian purposes in the household or on the table. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 42807.**—Protests 752791–G, etc., of F. W. Woolworth Co. (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel that the articles in question are chiefly used on the table or in the household for utilitarian purposes the claim at 40 percent under paragraph 339 was sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.